# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MAX L. REINIG, | CASE NO. 1:10-cv-01232-LJO-SKO |
| Plaintiff, | **ORDER DENYING IN PART AND GRANTING IN PART PARTIES' STIPULATED REQUEST FOR AMENDMENT TO THE SCHEDULE** |
| v. | |
| DALE PARKER, et al., | |
| Defendants. | (Docket No. 16) |

On January 19, 2011, the parties submitted a stipulated request to amend the Scheduling Order issued on September 15, 2010. The parties propose that all deadlines related to discovery and pre-trial motions be extended. The dates proposed, however, are not feasible. For example, the parties request that the dispositive motion hearing deadline be set for August 29, 2011; however, this is unworkable as the Pre-Trial Conference is set for August 31, 2011, only two days after the parties' proposed deadline for the dispositive motion hearing.

The Court simply cannot accommodate the proposed schedule given the dates for the Pre-Trial Conference and the Trial. The Court will, however, extend the deadlines as follows:

1. Non Expert Discovery            March 28, 2011
2. Expert Disclosure               April 1, 2011
3. Supp. Expert Disclosure         April 15, 2011

| | | |
|---|---|---|
| 4. | Expert Discovery | May 2, 2011 |
| 5. | Non Dispositive Motion Filing | May 9, 2011 |
| 6. | Non Dispositive Motion Hearing | June 8, 2011 |
| 7. | Dispositive Motion Filing | June 14, 2011 |
| 8. | Dispositive Motion Hearing | July 26, 2011 |

The dates for the Pre-Trial Conference (August 31, 2011) and the Trial (October 17, 2011) **remain unchanged**.

Accordingly, IT IS HEREBY ORDERED THAT the parties' stipulated request for an amendment to the Scheduling Order is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

**Dated:   January 19, 2011**               /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE