Lowell T. Carruth, # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
METRO XPRESS and DALE PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MAX L. REINIG,<br><br>                    Plaintiff,<br><br>         v.<br><br>DALE PARKER, individually; METRO XPRESS, a Kansas Corporation doing business in the State of California, and DOES 1 to 20, inclusive,<br><br>                    Defendants. | Case No.: 1:10-CV-01232-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

   This Stipulation is entered into by and between Plaintiff MAX L. REINIG ("Plaintiff") and Defendants METRO XPRESS and DALE PARKER ("Defendants") by and through their counsels of record.

   1.    The parties hereby agree and stipulate that Plaintiff's Complaint and the entire action, is hereby dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

   The parties, by the undersigned counsel for each party, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

/ / /

32609/00063-1736933.v1

**IT IS SO STIPULATED:**

Dated: June 2, 2011                    McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP

                                       By:  /s/
                                           Lowell T. Carruth
                                           Attorneys for Defendants
                                           METRO XPRESS and DALE PARKER

                                       And

Dated: June 2, 2011                    LAW OFFICES OF FRANK G. BLUNDO


                                       By:  /s/
                                           Frank G. Blundo, Jr
                                           Attorneys for Plaintiff
                                           MAX L. REINIG


### **ORDER**

Having considered the Stipulation to Dismiss Plaintiff's Complaint and the entire action with prejudice, and good cause appearing therefore, it is hereby ordered that Plaintiff's Complaint and the entire action is dismissed with prejudice, in its entirety, each party to bear their own attorney's fees and costs. The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:  **June 2, 2011**               **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

32609/00063-1736933.v1                    2

STIPULATION FOR DISMISSAL OF ACTION